# United States District Court
# For The Western District of North Carolina
# Statesville Division

RONALD HOLMES,

      Plaintiff(s),                              JUDGMENT IN A CIVIL CASE

vs.                                                   CASE NO. 5:05CV16

MBNA AMERICA BANK, N.A.,
SMITH DEBNAM NARRON WYCHE
SAINTSING & MYERS, LLP, PEDRO
ZABALA, II, WOLPOFF & ABRAMSON, L.L.P.

      Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 27, 2007, Order.

                                           Signed: March 27, 2007

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court